BENJAMIN E. ZUZA, PLAINTIFF-RESPONDENT, v. FORD MOTOR COMPANY, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 84 *N. J. Super.* 588.

*Mr. Verling C. Enteman* for the petitioner.

*Mr. Mortimer Wald* for the respondent.

November 9, 1964. 

SAM BARONE, *ET AL.*, PLAINTIFFS-PETITIONERS, v. TOWNSHIP OF BRIDGEWATER, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Doren & Stanton* for the petitioners.

*Mr. Charles A. Reid, Jr.* for the respondent.